**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF TEXAS

Case number (if known): _____    Chapter  11

☐ Check if this is an amended filing

## Official Form 201
## Voluntary Petition for Non-Individuals Filing for Bankruptcy     04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | Debtor's name | O'Ryan Ranches, LLC |
| 2. | All other names debtor used in the last 8 years  Include any assumed names, trade names and *doing business as* names | |
| 3. | Debtor's federal Employer Identification Number (EIN) | 26-3286467 |
| 4. | Debtor's address | **Principal place of business**  8180 Lakeview Center, Suite 300  Odessa, TX 79765  Number, Street, City, State & ZIP Code  Ector  County | **Mailing address, if different from principal place of business**  _____  P.O. Box, Number, Street, City, State & ZIP Code  **Location of principal assets, if different from principal place of business**  _____  Number, Street, City, State & ZIP Code |
| 5. | Debtor's website (URL) | |
| 6. | Type of debtor | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))  ☐ Partnership (excluding LLP)  ☐ Other. Specify: _____ |

Debtor  O'Ryan Ranches, LLC _____  Case number (*if known*) _____
        Name

**7. Describe debtor's business**  

A. *Check one:*
- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ■ None of the above

B. *Check all that apply*
- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.
_____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11. *Check all that apply*:
  - ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

- ■ No.
- ☐ Yes.

District _____ When _____ Case number _____
District _____ When _____ Case number _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

- ☐ No
- ■ Yes.

Debtor  O'Ryan Ranches, LLC _____   Case number (*if known*) _____
       Name

| List all cases. If more than 1, attach a separate list | Debtor District | See Attachment When | Relationship Case number, if known |
|---|---|---|---|

**11. Why is the case filed in this district?**  *Check all that apply:*

☐ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

■ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
    What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
    Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes.  Insurance agency _____
        Contact name _____
        Phone _____

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**   *Check one:*

■ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ■ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ■ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor  O'Ryan Ranches, LLC                                            Case number (*if known*)
        Name

## Request for Relief, Declaration, and Signatures

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  04/24/2025
             MM / DD / YYYY

X  /s/ Bradford C. Walker                                Brad Walker
   Signature of authorized representative of debtor      Printed name

Title  Chief Restructuring Officer

**18. Signature of attorney**

X  *Thomas D. Berghman*                                  Date  04/25/2025
   Signature of attorney for debtor                            MM / DD / YYYY

Thomas D. Berghman 24082683
Printed name

Munsch Hardt Kopf & Harr, P.C.
Firm name

500 N. Akard St., Ste. 4000
Dallas, TX 75201
Number, Street, City, State & ZIP Code

Contact phone  214-855-7500        Email address  tberghman@munsch.com

24082683 TX
Bar number and State

Debtor  O'Ryan Ranches, LLC  
Name

Case number (if known) _____

---

**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF TEXAS

Case number (if known) _____  Chapter  11

☐ Check if this is an amended filing

## FORM 201. VOLUNTARY PETITION

### Pending Bankruptcy Cases Attachment

| | | | | | | |
|---|---|---|---|---|---|---|
| Debtor | EON PRODUCTION, LLC | | | Relationship to you | Affiliate | |
| District | Northern District of Texas, Fort Worth Division | When | 2/09/25 | Case number, if known | 25-90002-mxm11 | |
| Debtor | O'Ryan Family Limited Partnership | | | Relationship to you | Affiliate | |
| District | Northern District of Texas, Fort Worth Division | When | 2/09/25 | Case number, if known | 25-90003-mxm11 | |
| Debtor | O'Ryan Oregon Ranches, LLC | | | Relationship to you | Affiliate | |
| District | Northern District of Texas, Fort Worth Division | When | 4/21/25 | Case number, if known | | |
| Debtor | O'Ryan Ponderosa, LLC | | | Relationship to you | Affiliate | |
| District | The Northern District of Texas, Fort Worth Division | When | 2/09/25 | Case number, if known | 25-90005-mxm11 | |
| Debtor | O'Ryan Production & Exploration, Ltd. | | | Relationship to you | Affiliate | |
| District | Northern District of Texas, Fort Worth Division | When | 2/09/25 | Case number, if known | 25-90004-mxm11 | |
| Debtor | O'Ryan Ranches, Ltd. | | | Relationship to you | Affiliate | |
| District | The Northern District of Texas, Fort Worth Division | When | 2/03/25 | Case number, if known | 25-40434-mxm11 | |
| Debtor | Ryan C. Hoerauf, Inc. | | | Relationship to you | Affiliate | |
| District | The Northern District of Texas, Fort Worth Division | When | 2/09/25 | Case number, if known | 25-90006-mxm11 | |
| Debtor | Scanrock Oil & Gas, Inc. | | | Relationship to you | Affiliate | |
| District | Northern District of Texas, Fort Worth Division | When | 2/03/25 | Case number, if known | 25-90001-mxm11 | |
| Debtor | Smackover Oil Treaters, Ltd. | | | Relationship to you | Affiliate | |
| District | The Northern District of Texas, Fort Worth Division | When | 2/09/25 | Case number, if known | 25-90007-mxm11 | |

## RESOLUTION OF O'RYAN RANCHES, LLC

**THE UNDERSIGNED**, constituting the managing member (the "Manager") of O'Ryan Ranches, LLC (the "Company"), duly organized and validly existing under the laws of the State of Oregon, hereby consents to, adopts, approves, and ratifies, in their entirety, the following resolutions, which were adopted by the Manager as of April 24, 2025:

**WHEREAS**, it is in the best interest of the Company to obtain relief in the United States Bankruptcy Court for the Northern District of Texas, Fort Worth Division, under Chapter 11, of Title 11 of the United States Code;

**NOW, THEREFORE, BE IT RESOLVED**, that Ryan C. Hoerauf, is authorized and directed to cause the Company to employ the law firm of Munsch Hardt Kopf & Harr, P.C., to represent the Company in such bankruptcy case and to direct and authorize the actions of such law firms;

**RESOLVED, FURTHER**, that Ryan C. Hoerauf is authorized and directed to cause the Company to employ Brad Walker, LLC, D/B/A Riverbend Special Situations Group, as Chief Restructuring Officer ("CRO"), and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the Company in connection with such bankruptcy case;

**RESOLVED, FURTHER**, that Brad Walker, CRO, is authorized and directed to execute and deliver all documents necessary for the filing of a chapter 11 bankruptcy case on behalf of the Company; and

**RESOLVED, FURTHER**, that Brad Walker, CRO, is authorized to appear in all bankruptcy proceedings on behalf of the Company, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the Company in connection with such bankruptcy case, and to conclusively and exclusively make all decisions for the Company in such bankruptcy case, including with respect to the sale of any real properties of the Company, with respect to which his authority will not be removed or lessened absent an order of the bankruptcy court.

1

**IN WITNESS WHEREOF**, the undersigned, as Manager of the Company, has executed this resolution as of April 24, 2025.

    O'RYAN RANCHES, LLC
    an Oregon Limited Liability Company

    By:    O'Ryan Family Limited Partnership
           its Managing Member

           By: _____
                Ryan C. Hoerauf
                President of Ryan Properties, Inc.,
                General Partner of O'Ryan Family Limited Partnership